UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christina Krueger,

Plaintiff,

vs.

St. Mary's EMS, Inc., and St. Mary's Regional Health Center,

Defendants.

STIPULATION AND ORDER

Civil No. 00-1036 (ADM/RLE)

The parties, by and through their respective attorneys, hereby stipulate and agree that the Pretrial Order in this matter dated July 7, 2000, shall be amended at paragraph I to provide that the period during which the parties may conduct discovery shall terminate on February 15, 2001. All other provisions of the Pretrial Order shall remain the same.

Dated this 30th day of January, 2001.

Thomas D. Fiebiger
Duane R. Breitling, MN ID #15653X
Attorneys for Plaintiff
OHNSTAD TWICHELL, P.C.
15 Broadway, STE 206
Fargo, ND 58102-4907
TEL (701) 280-5801
FAX (701) 280-5803

Dated this 29th day of January, 2001.

JOHNSON, KILLEN & SEILER
A Professional Association

BY: 
Sally L. Tarnowski (#178275)
Attorneys for Defendants
800 Wells Fargo Center
230 West Superior Street
Duluth, MN 55802
TEL: (218) 722-6331

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

It is hereby ordered that the Pretrial Order of July 7, 2000, is amended at paragraph I to provide that the period during which the parties may conduct discovery shall terminate on February 15, 2001. All other provisions of the Pretrial Order shall remain the same.

Dated this 31sy day of January, 2001.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

F:\...\STIPULATION AND ORDER.wpd