UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Christina Krueger,

Plaintiff,

vs. ORDER

St. Mary's EMS, Inc., and
St. Mary's Regional Center,

Defendants. Civ. No. 00-1036 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of May, 2001.

* * *

On April 18, 2001, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Wednesday, May 9, 2001. The parties have requested that the Settlement Conference be stricken from this Court's calendar. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

(14)

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Settlement Conference set for Wednesday, May 9, 2001, at 9:30 a.m., in Fergus Falls, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE