UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Christina Krueger,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

St. Mary's EMS, Inc., and St. Mary's Regional Center,

Defendants.

Civ. No. 00-1036(ADM/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Ann D. Montgomery, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 5th, 2001
At Duluth, Minnesota

34

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK