**In the United States District Court**
**for the District of Minnesota**
**Sixth Division**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Civil No. 00-1036 (ADM/RLE)

Christina Krueger,

Plaintiff,

v.

**Stipulation and Order for Dismissal With Prejudice**

St. Mary's EMS, Inc., and St. Mary's Regional Health Center,

Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**IT IS HEREBY STIPULATED**, that the above-captioned action, having been fully compromised and settled, is hereby **dismissed with prejudice** and without further costs to either party.

**OHNSTAD TWICHELL, P.C.**

Dated: Jan 21, 2002.

By: [signature]
Thomas D. Fiebiger, Esq.
15 Broadway, Suite 206
Fargo, ND 58102-4907
Telephone: 701-280-5801

*Attorneys for Plaintiff*

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**JOHNSON, KILLEN & SEILER, P.A.**

Dated: 1/17, 2002.

By: Sally Tarnowski
Sally L. Tarnowski #178275
800 Wells Fargo Center
230 West Superior Street
Duluth, Minnesota 55802
Telephone: (218) 722-6331

*Attorneys for Defendant*

**ORDER**

Based upon the foregoing Stipulation of counsel:

IT IS HEREBY ORDERED:

That the above-captioned action is hereby dismissed with(out) prejudice and without further costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 29th day of January, 2002.

BY THE COURT

Judge of District Court
**Ann D. Montgomery**